STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. WILLIE JAMES JONES, DEFENDANT-PETITIONER.

*Mr. Stanley Van Ness* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Thomas L. Yaccarino* for the respondent.

January 14, 1969.  Denied.

DOROTHY L. ELOWITCH, PLAINTIFF-PETITIONER, v. BOARD OF EDUCATION OF THE CITY OF BAYONNE, HUDSON COUNTY, DEFENDANT-RESPONDENT.

*Messrs. Frohling & Gaulkin* for the petitioner.

*Mr. John J. Pagano, Mr. Arthur J. Sills* and *Mr. Stephen G. Weiss* for the respondent.

January 14, 1969.  Denied.

SEYMOUR E. SPILKA, d/b/a GENERAL FACTORS COMPANY, PLAINTIFF-PETITIONER, v. SOUTH AMERICA MANAGERS, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. O'Brien, Tartalsky & Clott* for the petitioner.

*Messrs. Stevens & Mathias,* and *Messrs Feuerstein & Sachs* for the respondents.

January 14, 1969.  Granted.